UNITED STATES DISTRICT COURT
E~~ASTERN~~ DISTRICT OF CALIFORNIA
*SOUTHERN*

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER



**FILED**
FEB - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

[Checklist stamp:]
2254 ✓ 1983
FILING FEE PAID Yes ___ No ✓
IFP MOTION FILED Yes ✓ Petitioner No
COPIES SENT TO Court ✓ PreSe ___

Respondent(s)

CASE NUMBER **08 CV 0206 JLS JMA**

I, **GERALD D. KEELER SR**, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. *Sierra Conservation Center, P.O. Box 617 (S.C.C.) Jamestown, CA 95327*

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes" state the amount of your pay. *Job# CLK-N. 06 (Radio Room work) No pay*

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. *none*

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No

   b. Rent payments, interest or dividends   ☐ Yes   ☒ No

   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No

   d. Disability or workers compensation payments   ☐ Yes   ☒ No

   e. Gifts or inheritances   ☐ Yes   ☒ No

   f. Any other sources   ☐ Yes   ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)



4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount: _incarcerated_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value _incarcerated_

6. Do you have any other assets?   ☐ Yes   ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _none_

I declare under penalty of perjury that the above information is true and correct.

12/26/07
DATE

_[signature]_
SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $___∅___ on account to his/her credit at _Sierra Conservation Center_ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $___∅___. I further certify that during the past six months the average of monthly deposits to the applicant's account was $___∅___.

12/28/07
DATE

_Dan Rahn Accounting Technician_
SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

```
REPORT ID: TS3030  .701                                              REPORT DATE: 12/28/07
                                                                     PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SIERRA CONSERVATION CENTER
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 28, 2007

ACCOUNT NUMBER : F87223                         BED/CELL NUMBER: CAA 01000000006L
ACCOUNT NAME   : KEELER, GARY                   ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                            TRUST ACCOUNT ACTIVITY

  TRAN
DATE CODE  DESCRIPTION   COMMENT     CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
---- ----  -----------   -------     ---------  --------  -----------  -------
06/01/2007 BEGINNING BALANCE                                             0.00
12/11 D320 TRUST FUNDS T 1647 RJD               37.83                   37.83
12/11 W512 LEGAL POSTAGE 1652 11/9                          1.31        36.52
12/11 W516 LEGAL COPY CH 1652 11/08                         7.17        29.35
12/11 W516 LEGAL COPY CH 1652 11/28                         0.48        28.87
12/11 W516 LEGAL COPY CH 1652 11/28                         0.48        28.39
12/14 W516 LEGAL COPY CH 1686 12/05                         1.80        26.59
12/14 W516 LEGAL COPY CH 1686 12/06                         0.36        26.23
12/19 FC01 DRAW-FAC 1    1741CAL3RD                        26.23         0.00

                          CURRENT HOLDS IN EFFECT

DATE       HOLD
PLACED     CODE       DESCRIPTION           COMMENT        HOLD AMOUNT
------     ----       -----------           -------        -----------
12/27/2007 H109   LEGAL POSTAGE HOLD       1813 12/17          1.23

                          TRUST ACCOUNT SUMMARY

BEGINNING   TOTAL       TOTAL        CURRENT    HOLDS    TRANSACTIONS
 BALANCE   DEPOSITS   WITHDRAWALS    BALANCE   BALANCE   TO BE POSTED
---------  --------   -----------    -------   -------   ------------
   0.00     37.83        37.83        0.00      1.23         0.00

                                                     CURRENT
                                                    AVAILABLE
                                                     BALANCE
                                                    ---------
                                                       1.23-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE SCC 12/28/07